1 | Kevin M. Sullivan (SBN 124523)
GRIFFIN & SULLIVAN
2 | Attorneys at Law
369 Pine St. Suite 400
3 | San Francisco, CA  94104
(415) 397-2600
4 | Attorneys for Shiyu Wang DDS

5

6 | Michael B. Ijams (SBN 84150)
D. Lee Hedgepeth (SBN 88711)
Natalie A. Hayen (SBN 252564)
7 | CURTIS LEGAL GROUP
A Professional Law Corporation
8 | 1300 K Street, Second Floor
P.O. Box 3030
9 | Modesto, California 95354
(209) 521-1800; (209) 572-3502 (fax)
10 | nhayen@curtislegalgroup.com
Attorneys for the County of Stanislaus

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Shiyu Wang DDS

    Plaintiff,

vs.

The Dental Board of California of The State of California, The State of California, Edmund G. Brown Jr. Attorney General of California, Bill Lockyer, Attorney General of California, California Department of Justice, Mark Zahner, Alexandra Ramsburg Kirk, Richard Wallinder Jr., Susan Jane Quon DDS, Norton Rosenberg DDS, and Does 1 Through 100.

    Defendants
_____/

and related case.

Case No.:  09  3702   Yetek v. Brown
_____

Case No.  09-3508 CRB

**STIPULATION FOR CONTINUANCE AND [PROPOSED] ORDER THEREON**

**Honorable Charles R. Breyer**

No.:  C 09  3702 CRB

IT IS HEREBY STIPULATED by and between all parties hereto through their attorneys, that

The hearings in this case previously noticed for April 2, 2010, at 9:30 AM, and April 16, 2010, shall be heard on April 30, 2010, at 10:00 A.M., or as soon thereafter, as may be convenient for the Court; all motion

---
1

STIPULATION FOR CONTINUANCE AND [PROPOSED] ORDER THEREON

1  deadlines shall be calculated from the above date.
2      The parties further stipulate that the initial case management conference shall be heard on May 28, 2010,
3  at 8:30 AM.

5  IT IS SO STIPULATED.
6  DATED: 3/5/2010                          California Department of Justice

7                                           /s/ Thomas A. Blake, Esq.
8                                           Thomas A. Blake, Esq.
                                             Attorney for the State of California, et al

10 DATED: February 22, 2010                 Curtis Legal Group

12                                           /s/ Natalie A. Hayen
                                             Natalie A. Hayen, Esq.
13                                           Attorneys for the County of Stanislaus

15 Dated: March 5, 2010                     Griffin & Sullivan

16                                    By: _____
17                                           Kevin M. Sullivan
                                             Attorneys for Plaintiffs
18                                           Faruk Yetek DDS, and Shiyu Wang DDS

20                                        **ORDER**

22 IT IS SO ORDERED.
23 Dated: March 9, 2010
                                             THE HONORABLE CHARLES R. BREYER
24                                           U.S. DISTRICT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

2
STIPULATION FOR CONTINUANCE AND [PROPOSED] ORDER THEREON