1 | Dr. Shiyu Wang, DDS
2 | 3022 International Boulevard Suite 503,
    | Oakland, CA
    | 94601-21202,
3 | (510) 837-1140,
4 |
    | Plaintiff In Pro Per

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Shiyu Wang DDS

   Plaintiff,

vs.

The Dental Board of California of The State of California, The State of California, Edmund G. Brown Jr. Attorney General of California, Bill Lockyer, Attorney General of California, California Department of Justice, Mark Zahner, Alexandra Ramsburg Kirk, Richard Wallinder Jr., Susan Jane Quon DDS, Norton Rosenberg DDS, and Does 1 Through 100.

   Defendants

) Case No. 09-3508 CRB
)
) SUBSTITUTION OF ATTORNEYS FOR
) PLAINTIFF SHIYU WANG DDS  AND
) [PROPOSED] ORDER OF THE COURT
)

Plaintiff Shiyu Wang DDS, on behalf of himself, hereby substitutes (a) himself in pro per, Dr. Shiyu Wang, DDS, 3022 International Boulevard Suite 503, Oakland, CA 94601-21202, telephone (510) 837-1140, as the sole and exclusive attorneys for plaintiffs herein, in place of his current attorneys (b)

---
1
---
SUBSTITUTION OF ATTORNEYS FOR PLAINTIFF SHIYU WANG DDS, AND ORDER OF THE COURT

Kevin M. Sullivan (SBN 124523) of Griffin & Sullivan Attorneys at Law 369 Pine St. Suite 400, San Francisco, CA 94104, telephone (415) 397-2600.

Each of us consents to the above substitution.

Above substitution accepted.

DATED: 3/31/2010

_____
Shiyu Wang DDS, Plaintiff

\* \* \* \* \*

Above substitution accepted.

DATED: 3/31/2010

_____
Kevin M. Sullivan (SBN 124523)
GRIFFIN & SULLIVAN

The above substitution is hereby approved and accepted by the court, and

IT IS SO ORDERED.

DATED    April 6, 2010

_____
Hon. Charles Breyer
United S...
Northe...

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

2

SUBSTITUTION OF ATTORNEYS FOR PLAINTIFF SHIYU WANG DDS, AND ORDER OF THE COURT