IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHIYU WANG DDS,

    Plaintiff,

v.

THE DENTAL BOARD OF CALIFORNIA,

    Defendant.
_____/

No. C 09-3508 CRB

**ORDER CONTINUING HEARING**

In light of Plaintiff's desire to retain new counsel, the hearing on Defendants' motion to dismiss is continued to May 28, 2010, at 10am. Plaintiff's opposition will be due May 14, and Defendants' reply on May 21. The hearing in related case 09-3702 is similarly continued to May 28. Briefing dates in that case remain the same.

**IT IS SO ORDERED.**

Dated: April 15, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE