**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARUK CENAP YETEK DDS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE DENTAL BOARD OF CALIFORNIA, et al.,<br><br>　　　　Defendants.<br>_____/<br>SHIYU WANG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE DENTAL BOARD OF CALIFORNIA, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 09-3702 CRB<br><br>and related case:<br><br>No. C 09-3508 CRB<br><br>**ORDER** |

　　This Court has dismissed both complaints in the above actions without prejudice. Plaintiffs are hereby informed that they will have 20 days in which to file their amended

//

//

//

1 complaints. Failure to do so will result in dismissal with prejudice.

3 **IT IS SO ORDERED.**

6 Dated: June 22, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

G:\CRBALL\2009\3508\Time to file amended complaint.wpd        2