Kevin M. Sullivan (SBN 124523)
GRIFFIN & SULLIVAN
Attorneys at Law
369 Pine St. Suite 400
San Francisco, CA  94104
(415) 397-2600
Attorneys for Faruk Yetek DDS

Michael B. Ijams (SBN 84150)
D. Lee Hedgepeth (SBN 88711)
CURTIS LEGAL GROUP
A Professional Law Corporation
1300 K Street, Second Floor
P.O. Box 3030
Modesto, California 95354
(209) 521-1800; (209) 572-3502 (fax)
Attorneys for the County of Stanislaus

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Shiyu Wang DDS

   Plaintiff,

   vs.

The Dental Board of California of the State of California, et al.

Defendants

_____/

and related case.

Case No.: 09 3702  Yetek v. Brown

Case No.  09-3508 CRB

STIPULATION FOR CONTINUANCE AND [PROPOSED] ORDER THEREON

Honorable Charles R. Breyer

No.: C 09  3702 CRB

IT IS HEREBY STIPULATED by and between all parties hereto through their attorneys, that

   The time for plaintiff Faruk Cenap Yetek DDS to file an amended complaint, should he choose

---

1

STIPULATION FOR CONTINUANCE AND [PROPOSED] ORDER THEREON

to do so, shall be extended to July 23, 2010. The stipulation is necessary because

(1) Plaintiff's counsel needs additional time to review and confer with Plaintiff regarding the courts order, and the facts of in the case, and evaluate the ruling and perform the research necessary, before making the determine how, or even if, to amend the complaint or dismiss the action.

(2) Plaintiff is out of the United States and unavailable and unable to review meet and confer with counsel, review and discuss the information in the 65,000 pages of files and documents, and have the meaningful discussions with counsel that are necessary for counsel to analyses the information and make a decision as to whether and upon what allegations to proceed, until July 10, 2010.

It continuance is therefore necessary and proper to enable Plaintiff and Plaintiffs counsel to comply with the court's order.

IT IS SO STIPULATED.

DATED: July 1, 2010                                California Department of Justice


/s/ Thomas A. Blake, Esq.
Thomas A. Blake, Esq.
Attorney for the State of California, et al


DATED: July 1, 2010                                Curtis Legal Group


/s/ D. Lee Hedgepeth, Esq.
D. Lee Hedgepeth (SBN 88711)
Attorneys for the County of Stanislaus


Dated: July 1, 2010                                Griffin & Sullivan

By: _____
Kevin M. Sullivan
Attorneys for Plaintiffs
Faruk Cenap Yetek DDS

---

2

STIPULATION FOR CONTINUANCE AND [PROPOSED] ORDER THEREON

## ORDER

IT IS SO ORDERED.

Dated: July 7, 2010

THE HONORABLE CHARLES R. BREYER
U.S.



IT IS SO ORDERED
Judge Charles R. Breyer